**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Geospan Corporation, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>Facet Technology Corporation, a Minnesota corporation,<br><br>Defendant. | Civil No. 01-2255 PAM/SRN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that plaintiff's Complaint in the above-entitled action and defendant's Counterclaim shall be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that the Court may enter and file the following Order.

KELLY & BERENS, P.A.

Dated: 5/21/03 By Barbara Berens

Barbara Berens (# 209788)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6171

*Attorneys for Plaintiff Geospan Corporation*

FILED MAY 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 27 2003
DEPUTY CLERK

Dated: 5/21/03

COLEMAN, HULL & VAN VLIET, PLLP

By ______________________

Donald R. McNeil (#200840)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
(952) 841-0206

*Attorneys for Defendant Facet Technology Corp.*

**ORDER**

Based upon the stipulation of the parties and all the files, records and proceedings herein, it is hereby ordered that the above-captioned proceeding is dismissed with prejudice with no costs or attorneys' fees being awarded to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated: May 27, 2003

______________________
Judge of District Court